USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/2026

MKC
LAW GROUP

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

NEW YORK:
32 EAST 57TH STREET, 8TH FL.
NEW YORK, NEW YORK 10022
(212) 726-1104
FAX (212) 726-3104

FORT LEE:
2 EXECUTIVE DRIVE, STE. 240
FORT LEE, NEW JERSEY 07024
(201) 947-5200
FAX (201) 708-6676

** Please Reply to: FORT LEE*

HOBOKEN:
300 HUDSON STREET. STE. 10
HOBOKEN, NEW JERSEY 07024
(201) 708-6675
FAX (201) 708-6676

EMAIL: MKC@MKCLAWGROUP.COM

August 11, 2026

*Via ECF; Total Pages: 1*
Hon. Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Hedges v. Jacksons Food Company, LLC
Docket No.: 1:26-cv-04841-AT

Dear Judge Torres:

This office represents defendant JACKSON'S FOOD COMPANY, LLC, in the above referenced matter. The parties respectfully submit this letter to jointly request an adjournment of the August 14, 2026 deadline to submit the Case Management Plan and Joint Status Letter, as set forth in the Court's Initial Pre-Trial Scheduling Order filed June 15, 2026.

Plaintiff's counsel consented on August 3, 2026 to Defendant's request to adjourn the deadline until after the September 1, 2026 deadline for Defendant's responsive pleading.

Thank you for your kind consideration and courtesies as to this matter.

Respectfully submitted,

s/ Michael K. Chong
Michael K. Chong, Esq.

GRANTED. By **September 8, 2026**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: August 11, 2026
New York, New York

ANALISA TORRES
United States District Judge